IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. ~~D:06.CP.13~~ |
| Plaintiff, | JUDGE ~~Marbison~~ |
| v. | **INDICTMENT** |
| RAYVON MICHAEL, | 18 U.S.C. § 922(g)(1) |
| Defendant. | 18 U.S.C. § 924(a)(8) |
| | 21 U.S.C. § 841(a)(1) |
| | 21 U.S.C. § 841(b)(1)(C) |
| | **FORFEITURE ALLEGATIONS** |

**THE GRAND JURY CHARGES:**

## COUNT 1
### (Felon in Possession of a Firearm)

1.     On or about December 18, 2025, in the Southern District of Ohio, the defendant, **RAYVON MICHAEL**, knowing that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in or affecting interstate commerce, a firearm, specifically, a Romarm/Cugir Mini Draco, 7.62 caliber pistol, bearing serial number PD-6999-2015, and a Glock Model 22, .40 caliber pistol, bearing serial number WXT664, and ammunition.

**In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).**

## COUNT 2
### (Possession with Intent to Distribute Cocaine)

2.     On or about December 18, 2025, in the Southern District of Ohio, the defendant, **RAYVON MICHAEL,** did knowingly, intentionally and unlawfully possess with intent to

distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

**In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).**

## FORFEITURE ALLEGATION A

3.      The allegations of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to 21 U.S.C. § 853(a)(1) and (2).

4.      Upon conviction of the offense set forth in Count Two of this Indictment, the defendant, **RAYVON MICHAEL**, shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), (1) any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such violation(s), and (2) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation including, but not limited to, the following property seized from 5754 Thorton Street, Apartment 302, Columbus, Ohio on or about December 18, 2025:

a.      a Romarm/Cugir Mini Draco, 7.62 caliber pistol, bearing serial number PD-6999-2015;
b.      a Glock Model 22, .40 caliber pistol, bearing serial number WXT664;
c.      all associated ammunition and magazines; and
d.      $25,176.00 in U.S. currency.

## FORFEITURE ALLEGATION B

5.      The allegations of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

6.      Upon conviction of any offense set forth in this Indictment, the defendant, **RAYVON MICHAEL**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and

28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in such violation(s)

including, but not limited to, the firearms and ammunition listed in Forfeiture Allegation A.

**Forfeiture notice in accordance with 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), 21 U.S.C. § 853(a), and Rule 32.2 of the Federal Rules of Criminal Procedure.**

A TRUE BILL.

S/
_____
FOREPERSON

DOMINICK S. GERACE II
United States Attorney

_____
KEVIN W. KELLEY (0042406)
Assistant U.S. Attorney